UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

v.

AUSTIN MARK MATTHEWS,

  Defendant.
_____/

Case: 2:25−cr−20665
Assigned To : Parker, Linda V.
Referral Judge: Grand, David R.

Violations:
18 U.S.C. § 1344
18 U.S.C. § 1709

## INFORMATION

The United States Attorney charges:

### COUNT ONE
18 U.S.C. § 1344
*Bank Fraud*

On or about April 2024 through August 2024 in the Eastern District of Michigan, Southern Division, the defendant, AUSTIN MARK MATTHEWS, with the intent to defraud, knowingly executed a scheme and artifice to obtain moneys owned by, or under the custody and control of federally insured financial institutions, by means of false and fraudulent pretenses, representations, and promises, in violation of Title 18, United States Code, Section 1344(2).

## COUNT TWO
18 U.S.C. § 1709
*Theft of Mail By Postal Employee*

On or about April 2024 through August 2024 in the Eastern District of Michigan, Southern Division, the defendant, AUSTIN MARK MATTHEWS, a United States Postal Employee, embezzled letters, postal cards, packages, bags, and mail, and anything contained therein, which had been entrusted to the defendant and which had come into the defendant's possession intended to be conveyed by mail or carried or delivered by any carrier, messenger, agent, or other person employed in any department of the Postal Service, in violation of Title 18, United States Code, Section 1709.

## FORFEITURE ALLEGATION
18 U.S.C. § 982
*Criminal Forfeiture*

1. The allegations contained in Count One of this Information are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 982(a)(2).

2. Upon conviction of the offense charged in Count One of this Information, defendant shall forfeit to the United States any property which constitutes or is derived from proceeds traceable to the offense(s), pursuant to Title 18, United States Code, Section 982(a)(2).

3. <u>Substitute Assets</u>: If the property described above as being subject to forfeiture, as a result of any act or omission of defendant:

(a) Cannot be located upon the exercise of due diligence;

(b) Has been transferred or sold to, or deposited with, a third party;

(c) Has been placed beyond the jurisdiction of the Court;

(d) Has been substantially diminished in value; or

(e) Has been commingled with other property that cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) as incorporated by Title 28, United States Code, Section 2461, to seek to forfeit any other property of defendant up to the value of the forfeitable property described above.

JEROME F. GORGON Jr.
United States Attorney

*/s/ Craig Wininger*

CRAIG WININGER
Chief, Violent and Major Crimes Unit

*/s/ M. Wallace*

Micah S. Wallace
Assistant United States Attorney

Dated: September 5, 2025

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case Number |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | **Judge Assigned:** |
| ☐ Yes    ☒ No | **AUSA's Initials:** |

**Case Title:** USA v. Austin Mark Matthews

Case: 2:25−cr−20665
Assigned To : Parker, Linda V.
Referral Judge: Grand, David R.

**County where offense occurred :** Wayne and Oakland

**Check One:**    ☒ Felony    ☐ Misdemeanor    ☐ Petty

____Indictment/____Information --- **no** prior complaint.
____Indictment/ ✓ Information --- based upon prior complaint [Case number: 24-mj-30434    ]
____Indictment/____Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

**Superseding Case Information**

**Superseding to Case No:** _____    **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

September 5, 2025
Date

s/ Micah Wallace
Micah Wallace
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone: 313-226-9591
Fax:    313-226-2372
E-Mail address: Micah.Wallace@usdoj.gov
Attorney Bar #: P80019

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.